FANET O. WALLACH, Respondent, v. MOSES U. WALLACH, Appellant.—

Order modified by reducing counsel fee to $200, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.